971 P.2d 301

# SUPREME COURT OF HAWAI'I

## May 27, 1998

| | | |
|---|---|---|
| 20096 | Elam v. Paul Revere Life Ins. Co. | Vacated |
| 20794 | Estate of Yamashiro, In re | Affirmed |

## June 4, 1998

| | | |
|---|---|---|
| 19897 | Olson v. Coronel | Dismissed |

## June 17, 1998

| | | |
|---|---|---|
| 20653 | State v. Hintz | Affirmed |

## July 24, 1998

| | | |
|---|---|---|
| 20919 | State v. Vastlik | Affirmed |

## August 24, 1998

| | | |
|---|---|---|
| 20370 | Rasmussen v. Brown | Affirmed |
| 20977 | Saranillio v. Jolly Roger Hawaii, Inc. | Affirmed |
| 20304 | State v. Malufau | Reversed |
| 21199 | State v. Liki | Affirmed |

## August 25, 1998

| | | |
|---|---|---|
| 20102 | Becker v. Administrative Director of Court | Affirmed |
| 21005 | Canosa v. State | Affirmed |
| 20124 | Imaging Financial Services v. Klein | Affirmed |
| 20204 | Parks v. All Island Soil Filters of Hawaii | Affirmed |
| 20627 | State v. Graham | Affirmed |
| 20726 | Tung v. Administrative Director of Court | Affirmed |

## August 26, 1998

| | | |
|---|---|---|
| 21071 | Estate of McNeil, In re | Affirmed |
| 21191 | Kenco of Hawai'i, Inc. v. Association of Apartment Owners of Kahala at Poipu Kai, Phase I | Affirmed |
| 21104 | Meyer v. Meyer | Affirmed |
| 20607 | State v. Arenas | Affirmed |
| 20965 | State v. Malm | Affirmed |
| 21278 | Vallejo v. Ibarra | Affirmed |

## August 27, 1998

| | | |
|---|---|---|
| 20240 | Choi v. Au | Affirmed |
| 20348 | Fujimoto v. Au | Affirmed |
| 20857 | Fujimoto v. Au, | Affirmed |